1034

[No. 52524-7-I; 52525-5-I. Division One. December 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
JAHMARRIS, *Appellant.*

Appeals from judgments of the Superior Court for King
County, No. 97-1-09201-5, Douglas D. McBroom, J., entered
June 13, 2002, and June 19, 2003. *Affirmed* by unpublished
opinion per Coleman, J., concurred in by Grosse and Agid,
JJ.

[No. 52644-8-I. Division One. December 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID R. SWANSON,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 02-1-00739-7, Richard J. Thorpe, J.,
entered July 10, 2003. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Becker and Appelwick, JJ.

[No. 52926-9-I. Division One. December 13, 2004.]

*In the Matter of the Marriage of* WILLIAM M. LUKOSKIE, JR.,
*Appellant,* and SOON KIM, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 99-3-06845-2, Richard D. Eadie, J., entered
August 21, 2003. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Grosse and Kennedy, JJ.

[No. 53036-4-I. Division One. December 13, 2004.]

RONNIE A. CHILDS, *Appellant,* v. BARBARA ALLEN, ET AL.,
*Respondents.*

Appeal from judgments of the Superior Court for Sno-
homish County, No. 02-2-05901-3, Thomas J. Wynne, J.,
entered July 11 and August 15, 2003. *Affirmed* by unpub-
lished opinion per Coleman, J., concurred in by Kennedy
and Becker, JJ. Now published at 125 Wn. App. 50.